UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOSHUA DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1-15-00001 |
| v. | ) Senior Judge Haynes |
| | ) |
| SEAN BRANTLEY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 49) to grant Bradley Strawn's motion to set aside service of process (Docket Entry No. 35) and the motion for judgment on the pleadings (Docket Entry No. 41) by Defendants Sean Brantley and Richard Burks. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Bradley Strawn's motion to set aside service of process (Docket Entry No. 35) and the motion for judgment on the pleadings (Docket Entry No. 41) by Defendants Sean Brantley and Richard Burks are **GRANTED.** The motion to stay discovery (Docket Entry No. 48) by Defendants Sean Brantley and Richard Burks is **DENIED as moot.** This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ___ day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge